# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 324
PENSION FUND,

    Plaintiffs,                                     Case No. 14-cv-14906

v.                                                  Hon. Terrance G. Berg

HAYES WASHED SAND &
GRAVEL CO., INC.,
a Michigan corporation,

    Defendant.
_____/

| **DAVID J. SELWOCKI P51375** | **MARTIN J. LEAVITT (P16489)** |
|---|---|
| **MATTHEW I. HENZI  P57334** | **PAUL E. ROBINSON (P39327)** |
| Sullivan, Ward, Asher & Patton, P.C. | Sullivan & Leavitt, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 25800 Northwestern Hwy., Suite 1000 | P.O. Box 5490 |
| Southfield, MI 48075-8412 | Northville, MI  48167 |
| 248-746-0700 | 248-349-3980 |

_____/

## EX PARTE ORDER RESTRAINING THE TRANSFER, SELLING OR DISPOSING OF DEFENDANT'S PROPERTY

      This matter having come before the Court upon Plaintiffs having filed an Ex Parte Motion requesting entry of an Order Restraining the Transfer, Selling or Disposing of Defendant's Property, no notice being necessary for the entry of this Order and the Court being fully advised in the premises;

1

**IT IS ORDERED** that Defendant, and any third party who is served with a copy of this Order, in accordance with the provisions of 69(A) of the Fed.R.Civ.P., MCLA 600.6104(2) and (5), and MCLA 600.6116, be and is hereby enjoined from transferring, selling, encumbering, assigning or in any other way disposing of Defendant's non-exempt property, real or personal, until such time as Plaintiffs' Judgment is satisfied.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2015
Flint, Michigan